

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00141-CV

**BANK OF AMERICA N.A.**,
Appellant

v.

**TFHSP LLC SERIES 11239**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14190
Honorable Karen H. Pozza, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  April 9, 2014

VACATED AND REMANDED

In this restricted appeal, appellant Bank of America N.A. appeals the trial court's default judgment of November 27, 2013, in favor of appellee TFHSP LLC Series 11239.  In their joint motion, the parties move this court to vacate the trial court's judgment and remand this cause for further proceedings.  We grant the parties' joint motion: we vacate the trial court's judgment and remand this cause for further proceedings.  *See* TEX. R. APP. P. 42.1(a)(2)(A); 43.2(e).

PER CURIAM